# Exhibit C



- verb **2** ⌄
- Did you know? 💡
- Synonyms
- Example Sentences
- Word History
- Phras

## engage  1 of 2  verb

en·gage | in-ˈgāj 🔊 | en-

**engaged; engaging**

Synonyms of *engage* ›

*transitive verb*

**1** : to offer (something, such as one's life or word) as backing to a cause or aim : to expose to risk for the attainment or support of some end

  *engaged* his all in the king's cause

**2 a** *obsolete* : to entangle or entrap in or as if in a snare or bog

  **b** : to attract and hold by influence or power

  **c** : to interlock with : **MESH**

   *also* : to cause (mechanical parts) to mesh

   *engage* the clutch

**3** : to bind (someone, such as oneself) to do something

  *especially* : to bind by a pledge to marry

**4 a** : to provide occupation for : **INVOLVE**

   *engage* him in a new project

  **b** : to arrange to obtain the use or services of : **HIRE**

   *engage* a lawyer

**5 a** : to hold the attention of : **ENGROSS**



verb  2  ⌄     Did you know?      Synonyms    Example Sentences    Word History    Phras

**6**  **a** : to enter into contest or battle with

  *engage* the enemy

  **b** : to bring together or interlock (weapons)

**7** : to deal with especially at length

*intransitive verb*

**1**  **a** : to pledge oneself : **PROMISE**

  **b** : to make a guarantee

  he *engages* for the honesty of his brother

**2**  **a** : to begin and carry on an enterprise or activity → used with *in*

  *engaged* in trade for many years

  **b** : to do or take part in something → used with *in*

  *engage* in healthy activities

  *engage* in bad conduct

  **c** : to give attention to something : **DEAL**

  failing to *engage* with the problem

**3** : to enter into conflict or battle

**4** : to come together and interlock

  the gears *engaged*

# engagé  2 of 2   *adjective*

en·ga·gé      ˌäⁿ-ˌgä-ˈzhā 🔊

: committed to or supportive of a cause



verb 2 ⌄    Did you know?    Synonyms    Example Sentences    Word History    Phras

*Engagé* is the past participle of the French verb *engager,* meaning "to engage." The French have used "engagé" since the 19th century to describe socially or politically active people. The term became particularly fashionable in the wake of World War II, when French writers, artists, and intellectuals felt it was increasingly important for them to take a stand on political or social issues and represent their attitudes in their art. By 1946, English speakers had adopted the word for their own politically relevant writing or art, and within a short time "engagé" was being used generally for any passionate commitment to a cause.

## Synonyms of *engage*

**Verb**                                                                              Relevance ▮▮▯

interest                                              occupy

immerse                                               involve

intrigue                                              attract

fascinate                                             busy

See All Synonyms & Antonyms in Thesaurus ›

## Examples of *engage* in a Sentence

### Verb

He was ***engaged*** as a tutor.

He sure can ***engage*** an audience.

The story ***engaged*** my interest.



verb 2    Did you know? 💡    Synonyms    Example Sentences    Word History    Phras

## Recent Examples on the Web

ⓘ Examples are automatically compiled from online sources to show current usage. Read More

**Verb**

— The three-day Nashville event (like the position) has grown in popularity and recognition — especially so after Taylor Swift, the most famous pop star on the planet who also happens to be ***engaged*** to Kelce, gave an impromptu performance at one of its parties last summer.
— Jourdan Rodrigue, *New York Times*, 25 Oct. 2025

— Artists interrogate photography's role as both an instrument of control and a vehicle for freedom, ***engaging*** histories of trauma, displacement, and renewal.
— Photovogue, *Vogue*, 25 Oct. 2025

— Following his birth, the couple got ***engaged*** before ultimately splitting in 2014.
— Sarah Jones, *PEOPLE*, 25 Oct. 2025

— Essentially the second tone knob ***engages*** an onboard distortion circuit, and when it's activated, a rendering of Godzilla on the pickguard glows and pulsates, the brightness varying depending on the gain levels.
— *New Atlas*, 24 Oct. 2025

See All Example Sentences for *engage* ›

## Word History

### Etymology

**Verb**



verb 2 ˅   Did you know?    Synonyms   Example Sentences   Word History   Phras

French, past participle of *enguger* to engage

## First Known Use

**Verb**

15th century, in the meaning defined at transitive sense 1

**Adjective**

1946, in the meaning defined above

## Time Traveler

**The first known use of *engage* was in the 15th century**

See more words from the same century

## Phrases Containing *engage*

engage in

engage with

re-engage

## Rhymes for *engage*

assuage

backstage

bocage

downstage

verb 2 ∨    Did you know? 💡    Synonyms    Example Sentences    Word History    Phras

pelage                                    prophage

See All Rhymes for *engage* ›

## Browse Nearby Words

Engadine          **engage**          engagé

See All Nearby Words ›

## Podcast

Theme music by Joshua Stamper ©2006 New Jerusalem Music/ASCAP

Get Word of the Day delivered to your inbox!

Your email address                                              Sign Up »



## Kids Definition

# engage verb

en·gage  in-ˈgāj

**engaged; engaging**

**1** : to commit oneself to do something

*especially* **:** to bind by a pledge to marry

**2 a :** to arrange for the use or services of **: HIRE**

  *engage* a lawyer

  **b :** to keep fixed or concentrated

  the task *engaged* our attention

**3 a :** to cause to take part



verb 2 ⌄    Did you know? 💡    Synonyms    Example Sentences    Word History    Phras

**4** : to enter into contest or battle with
  *engage* the enemy

**5** : to come together or cause to come together and mesh
  the gears *engaged*

## More from Merriam-Webster on *engage*

Nglish: Translation of *engage* for Spanish Speakers

Last Updated: 26 Oct 2025 - Updated example sentences

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**



verb 2 ∨    Did you know?     Synonyms    Example Sentences    Word History    Phras

**Top Lookups**
Next refresh: 30

1. chargoggagoggmanc…
2. bruckle
3. socialism
4. fascism
5. lout
6. jackanapes
7. accept

**WORD OF THE DAY**

lout 🔊

See Definitions and Examples »

Get Word of the Day daily email!

[Your email addre]  **SUBSCRIBE**

## Popular



13 Wonderful Words That You're Not Using (Yet)

Ten More Words from Taylor Swift Songs

## Games & Quizzes



**Quordle**
Can you solve 4 words at once?
Play



**Blossom**
Pick the best words!
Play



verb 2 ⌄ | Did you know? 💡 | Synonyms | Example Sentences | Word History | Phras



### The Missing Letter
A daily crossword with a twist

**Play**



### Quiz: Find the Missing Link
Figure out the word that fits both halves of the ...

**Take the quiz**

**See All**



Learn a new word every day. Delivered to your inbox!

Your email address

**SUBSCRIBE**

Help | About Us | Advertising Info | Contact Us | Privacy Policy | Terms of Use

© 2025 Merriam-Webster, Incorporated

verb 2 ⌄    Did you know? 💡    Synonyms    Example Sentences    Word History    Phras