AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| SHENZHEN DONGHONGZE TRADING CO., LTD. e )<br>*Plaintiff* )<br>v. )<br>XEBEC, INC. )<br>*Defendant* ) | Case No. | 1:2025-cv-00796 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FUCANG ENTERPRISES USA INC, FUBANG GROUP USA INC, TOM LI and CUIWEN JIANG     .

Date:   01/16/2026

/s/Wei Wang
*Attorney's signature*

WEI WANG TX#24136360
*Printed name and bar number*

Glacier Law LLP
41 Madison Avenue, Suite 2529
New York, NY 10010

*Address*

wei.wang@glacier.law
*E-mail address*

(212) 729-5073
*Telephone number*

*FAX number*