IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHENZHEN DONGHONGZE TRADING CO., LTD., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:25-CV-796-RP |
| XEBEC, INC., | § § § | |
| Defendant. | § § | |

## ORDER

**IT IS ORDERED** that claim construction, including the claim construction hearing currently set for March 6, 2026, is **REFERRED** to United States Magistrate Judge Mark Lane for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**SIGNED** on January 29, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE