**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **SHENZHEN DONGHONGZE TRADING CO., LTD. et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**XEBEC, INC.**<br><br>**Defendant.** | **Civil Action No.: 1:25-cv-796**<br><br>**Honorable Judge Robert Pitman**<br><br>**Magistrate Judge Mark Lane**<br><br>**JURY DEMANDED** |

## JOINT MOTION TO RESET TECHNICAL TUTORIAL SUBMISSION DATE

COMES NOW, all Plaintiffs and Defendant Xebec, Inc., and files this Joint Motion to Reset the Technical Tutorial Submission Date.

1.    On November 25, 2025, this Court set the Claim Construction hearing date for February 24, 2026. [Doc. 132.] Within that same document, this Court ordered the parties to submit their technical tutorials on or before February 13, 2026. [*Id.*]

2.    On February 4, 2026, the Claim Construction hearing was reset to March 10, 2026. [Doc. 154.] However, the date to submit the technical tutorial to the court remained set for February 13, 2026. [*Id.*]

3.    Plaintiffs and Defendant respectfully request that this Court move the deadline to submit the technical tutorial to February 27, 2026, or as soon thereafter as is practicable for this Court, so the deadline is more representative of the changed Claim Construction hearing date.

4.    This Motion is not to cause undue delay, but to ensure that all parties are prepared and can produce adequate tutorials in preparation for the later Claim Construction Hearing.

1

Date:   February 13, 2026             Respectfully submitted,

By:   /s/ Blake Stovall
Blake D. Stovall
TX Bar No. 24081165
bstovall@barks.law
Justen S. Barks
TX Bar No. 24087142
Jbarks@barks.law
Daria Adler
TX Bar. No. 24137921
dadler@barks.law
**BARKS PLLC**
P.O. Box 22171
Houston, Texas 77227
(832) 416-1642 (Tel.)

**ATTORNEYS FOR XEBEC, INC.**

By:   /s/ Wei Wang (*with permission)*
Wei Wang
wei.wang@glacier.law
**GLACIER LAW LLP**
41 Madison Ave., Ste. 2529
New York, NY 10010
(212) 729-5073 (Tel.)

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2026, the foregoing document was filed through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ Blake Stovall
Blake Stovall

2