**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **SHENZHEN DONGHONGZE TRADING CO., LTD. et al.,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**XEBEC, INC.**<br><br>        **Defendant.** | **Civil Action No.: 1:25-cv-796**<br><br>**Honorable Judge Robert Pitman**<br><br>**Magistrate Judge Mark Lane**<br><br>**JURY DEMANDED** |

**PROPOSED ORDER**

Before the Court is the parties' Joint Motion to Reset the Technical Tutorial Submission Date ("Motion"). After considering the Motion and the evidence and arguments of counsel, if any, the Court is of the opinion that the Motion has merit and should be GRANTED. It is, therefore,

ORDERED that the parties' Technical Tutorial Submission Date be reset to _____ day of _____, 2026.

SIGNED on this day _____.


_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE