**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **SHENZHEN DONGHONGZE** | § | |
| **TRADING CO., LTD., et al.,** | § | |
| Plaintiffs, | § | |
| **V.** | § | |
| | § | **A-25-CV-796-RP** |
| **XEBEC, INC.,** | § | |
| Defendant. | § | |

## ORDER RESETTING HEARING

This matter was referred to the undersigned for claim construction. Dkt 152. A claim construction hearing is currently set in this case for March 10, 2026. At the parties' request, the court **RESETS** that hearing to **9:00 a.m. on March 26, 2026**, in Courtroom Eight on the seventh floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701.

SIGNED February 13, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE